# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

**No. 95-60380**
**No. 95-60467**

_____

**MARY ANN BOYD,**

**Plaintiff,**

**versus**

**UNITED STATES FIDELITY AND GUARANTY COMPANY,**

**Defendant - Third Party Plaintiff - Appellant,**

**versus**

**WILLIAM A. BOYD,**

**Third Party Defendant - Appellee.**

_____

**Appeal from the United States District Court**
**for the Northern District of Mississippi**
**(1:91-CV-196)**

_____

March 21, 1997

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

This court has considered appellant's position in light of the fine arguments of counsel, briefs, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

AFFIRMED.

_____

[*]      Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.